**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DONNELL G. HADDOCK,**<br>　　　　Plaintiff,<br>　v.<br>JANE DOE in her individual capacity as police officer, et al.,<br>　　　　Defendants. | **ORDER**<br>LA CV 25-01922-VBF-KES<br>Dismissing Case Without Prejudice |

 On August 20, 2025, the Court issued an order directing plaintiff to make an initial installment payment of $1.05 towards the case filing fee, *see* CM/ECF Document ("Doc") 6. Ordinarily, the Court would receive that payment from the correctional facility out of the prisoner's trust account. In this case, however, it appears from notations on mail returned to the Court, that plaintiff has been released from the correctional facility, even though he never filed a change of address with the Court as required by our district's local civil rules.

 The deadline to pay the initial installment of the case filing fee elapsed on about Saturday, September 20, 2025; by operation of Federal Rule of Civil Procedure and for the benefit of the plaintiff, the Court moved the payment deadline to the next court business day, Monday, September 22, 2025. That deadline elapsed two weeks ago, and the Court has not received any installment payment, nor has it received any other filing or communication

from the plaintiff since issuing the August 20, 2025 order.

Accordingly, **the case is DISMISSED without prejudice for non-prosecution, non-compliance with court order, and failure to pay an installment on the case filing fee**.

Plaintiff must still pay the full case filing fee.

IT IS SO ORDERED.

Dated: October 6, 2025

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge